UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIO TARDIO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEW ORIENTAL EDUCATION & TECHNOLOGY GROUP, INC., LOUIS T. HSIEH, and MICHAEL MINHONG YU<br><br>Defendants. | Civil Action No. 12-cv-06619-JGK<br><br>JURY TRIAL DEMANDED<br><br>ECF CASE |

### NOTICE OF JULIO TARDIO'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Lead Plaintiff Julio Tardio ("Lead Plaintiff"), on behalf of himself and the putative Class, respectfully moves the Court, at a date and time to be set by the Court, for an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure (a) preliminarily approving the proposed Settlement of the above-captioned securities class action lawsuit (the "Action"); (b) approving the form and manner of providing notice of the Settlement to the Class; (c) certifying the Class for settlement purposes; (d) appointing Tardio as Class Representative and Faruqi & Faruqi, LLP as Class Counsel for settlement purposes; and (e) setting a hearing date for final approval of the Settlement, the proposed Plan of Allocation, and Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

This motion is based upon the accompanying Memorandum of Law in Support of Julio Tardio's Motion for Preliminary Approval of the Class Action Settlement, the Declaration of

1

Nadeem Faruqi in Support of Julio Tardio's Motion for Preliminary Approval of the Class Action Settlement, and all related exhibits.

    Attached hereto as Exhibit A is the proposed Order Preliminarily Approving Proposed Settlement and Providing for Notice.

Dated: May 23, 2014                       **FARUQI & FARUQI, LLP**

                                               /s/ *Nadeem Faruqi*
                                               Nadeem Faruqi
                                               Megan M. Sullivan
                                               369 Lexington Avenue, 10th Fl.
                                               New York, NY 10017
                                               Tel:  (212) 983-9330
                                               Fax:  (212) 983-9331
                                               Email:  nfaruqi@faruqilaw.com
                                                           msullivan@faruqilaw.com

                                               *Attorneys for Lead Plaintiff Julio Tardio*