**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIO TARDIO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEW ORIENTAL EDUCATION & TECHNOLOGY GROUP, INC., LOUIS T. HSIEH, and MICHAEL MINHONG YU,<br><br>Defendants. | Civil Action No. 12-cv-06619-JGK<br><br>JURY TRIAL DEMANDED<br><br>ECF CASE |

# JULIO TARDIO'S MOTION FOR DISTRIBUTION OF THE NET SETTLEMENT FUND

**PLEASE TAKE NOTICE** that on a date and time as may be set by this Court, before the Honorable John G. Koeltl, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, Lead Plaintiff Julio Tardio ("Lead Plaintiff"), on behalf of himself and the Class,[1] will respectfully move this Court for an Order: (i) approving the administrative determinations of Rust Consulting, Inc. ("Rust"), the claims administrator, as to the distribution of the Net Settlement Fund; (ii) authorizing Rust to deem timely otherwise eligible Claims that were submitted after the November 5, 2014 Claims-filing deadline and postmarked on or before March 31, 2015; (iii) authorizing distribution of the Net Settlement Fund to Authorized Claimants whose Claims have been accepted; (iv) ordering that any Claims

[1] All capitalized terms not otherwise defined herein shall have the meanings provided in the Stipulation and Agreement of Settlement dated as of May 23, 2014. ECF No. 31-1.

received after March 31, 2015 or any responses received after March 31, 2015 be rejected as untimely; (v) authorizing payment from the Settlement Fund for Rust's $2,779.38 requested fees and expenses, and authorizing Rust, after consultation with Lead Counsel, to withdraw fees and expenses incurred in the process of finalizing the distribution from the Settlement Fund (up to a total maximum of $5,000); (vi) authorizing destruction of paper copies of Proof of Claim forms and related documentation one year, and electronic copies of those documents three years, after final distribution of the Net Settlement Fund; and (vii) for such other and further relief as this Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support thereof and the Declaration of Jason Rabe Regarding (A) Processing of Claim Forms, (B) Calculation of Recognized Claims Pursuant to the Plan of Allocation, and (C) Proposed Plan for Distribution of Net Settlement Fund, with annexed exhibits.

Attached hereto as Exhibit A is the proposed Class Distribution Order.

Dated: November 2, 2015

Respectfully submitted,

*/s/ Richard W. Gonnello*
Richard W. Gonnello

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
Richard W. Gonnello
Megan M. Sullivan
Katherine M. Lenahan
369 Lexington Avenue, 10th Fl.
New York, NY 10017
Tel: (212) 983-9330
Fax: (212) 983-9331
Email: nfaruqi@faruqilaw.com
rgonnello@faruqilaw.com
msullivan@faruqilaw.com
klenahan@faruqilaw.com

*Attorneys for Lead Plaintiff Julio Tardio*